IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-po-01012

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JEREMY KILGORE,

      Defendant.

_____

## JUDGMENT OF ACQUITTAL

_____

      This matter came before the Court for a bench trial on January 21, 2011. The bench trial proceeded to conclusion with the Court finding defendant Jeremy Kilgore not guilty of all charges in the Information.  Accordingly, it is

      ORDERED that the Information is dismissed.

      DATED at Denver, Colorado, this 27th day of January, 2011.

                        BY THE COURT:

                        *Michael E. Hegarty*

                        _____

                        MICHAEL E. HEGARTY
                        United States Magistrate Judge